In the Matter of Application of Town of York, by Albert P. Lockman, Supervisor of Town of York, and Victor P. Lantz, Clerk of Town of York, Appellant, v. Arthur L. Long, Appellee.
In the Matter of W. C. Jessen, etc., v. Arthur L. Long.

Gen. No. 10,435-10,436.

Joseph S. Perry, and John N. Erlenborn, for appellant; Marvin E. Johnson, for appellee. Opinion by PRESIDING JUSTICE WOLFE. Not to be published in full. Opinion filed May 16, 1951; released for publication June 1, 1951.